IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDRES F. MUNERA | § | |
| | § | |
| VS. | § | C.A. NO. C-05-091 |
| | § | |
| WARDEN O. MENDOZA, ET AL. | § | |

## FINAL JUDGMENT

In accordance with the Order of Dismissal signed on this date, plaintiff's Eighth and Fourteenth Amendment claims under 42 U.S.C. § 1983 are DISMISSED with prejudice for failure to state a claim.

Signed this 23rd day of June, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE